IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00184-PSF-PAC

ADOLFSON & PETERSON, INC.,

    Plaintiff,

v.

SAINT CATHERINE SENIOR LIVING CENTER, LLC,
a Colorado Limited Liability Company;
ALPHONSO JACKSON, in his capacity as Secretary of the United States
Department of Housing and Urban Development;
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
CAPMARK FINANCE, INC., a California corporation, f/k/a GMAC Commercial
Mortgage Corporation,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my personal friendship with plaintiff's counsel, Albert B. Wolf, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: January 29, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge