**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   07-cv-00184-LTB-PAC

ADOLFSON & PETERSON, INC.,

  Plaintiff,

v.

SAINT CATHERINE SENIOR LIVING CENTER, LLC., a Colorado limited liability company;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development;
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
CAPMARK FINANCE, INC., a California corporation, formerly known as GMAC Commercial Mortgage Corporation,

  Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

  The Motion to Withdraw (Doc 19 - filed March 13, 2007) is GRANTED.  Ira J. Bornstein of the law firm Kutak Rock LLP is allowed to withdraw as counsel for Defendant Capmark Finance, Inc.  Mark C. Willis and John H. Bernstein of Kutak Rock LLP will continue to represent Defendant Capmark Finance, Inc. in this matter.

Dated:  March 16, 2007

---