IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00184-LTB-PAC

ADOLFSON & PETERSON, INC.,

      Plaintiff,

v.

SAINT CATHERINE SENIOR LIVING CENTER, LLC, a Colorado Limited Liability Company;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development;
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
CAPMARK FINANCE, INC., a California corporation, formerly known as GMAC Commercial Mortgage Corporation,

      Defendants.

## ORDER

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss Eighth Claim for Relief (Doc 25 - filed March 16, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's Eighth Claim for Relief set forth in its Complaint is **DISMISSED**.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   March 19, 2007