IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00184-LTB-PAC

ADOLFSON & PETERSON, INC.,

    Plaintiff,

v.

SAINT CATHERINE SENIOR LIVING CENTER, LLC, a Colorado Limited Liability Company;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development;
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
CAPMARK FINANCE, INC., a California corporation, formerly known as GMAC Commercial Mortgage Corporation,

    Defendants.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal of Defendant Capmark Finance, Inc. (Doc 57 - filed October 30, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant Capmark Finance, Inc. is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   October 31, 2007