IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00184-LTB-PAC

ADOLFSON & PETERSON, INC.,

    Plaintiff,

v.

SAINT CATHERINE SENIOR LIVING CENTER, LLC, a Colorado Limited Liability Company;
ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development;
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

    Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal of Claims Against United States Department of Housing and Urban Development and Alphonso Jackson (Doc 62 - filed December 5, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendants United States Department of Housing and Urban Development and Alphonso Jackson are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

                    BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:    December 6, 2007